**Order entered February 13, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00168-CV

### IN RE PHYLLIS LEE, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-06171**

## ORDER
Before Justices Bridges, Osborne, and Pedersen

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus and "motion for TEX. R. CIV. P. 694."

/s/    DAVID L. BRIDGES
       JUSTICE